IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| LARRY O. WHITE JR., | : | Case No. 1:24-cv-00270 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| ODRC DIRECTOR, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. 10)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Peter B. Silvain (Doc. 10), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and, noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **ORDERS** the following:

1. Plaintiff's RLIUPA claims against Defendants Stanley, Smith, Palmer, Inspector, and Aramark Director **SHALL PROCEED**;

2. Plaintiff's Equal Protection claims against Defendants Stanley, Smith, Palmer, and Inspector **SHALL PROCEED**;

3. Plaintiff's retaliation claims against Defendants Hogan and Johnson are **DISMISSED** without prejudice;

4. All remaining claims in Plaintiff's Amended Complaint (Doc. 6) are **DISMISSED** with prejudice; and

5. Plaintiff's Motion to Amend (Doc. 9) is **DENIED.**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND