UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LARRY WHITE, | : | Case No. 1:24-cv-270 |
| Plaintiff, | : | |
| vs. | : | District Judge Matthew W. McFarland |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| ODRC DIRECTOR, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This case is before the Court upon Plaintiff's Motion to Issue Service. (Doc. #12). Plaintiff indicates that he has identified the two unnamed Defendants and requests that the Court order service. *Id.* On February 10, 2025, Plaintiff submitted the summons forms and U.S. Marshal forms for Defendants Hynike and Palmer. (Doc. #22). Accordingly, Plaintiff's Motion (Doc. #12) is hereby **GRANTED**.

The United States Marshal is **DIRECTED** to serve a copy of the following documents on Defendants Hynike and Palmer: the amended complaint (Doc. #6), summons (Doc. #22), the Report and Recommendation (Doc. #10), the Order adopting the Report and Recommendation (Doc. #18), and Plaintiff's Motion to Issue Service (Doc. #12). The costs of service shall be advanced by the United States.

Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's attorney, a copy of every further pleading or other document submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed with the Clerk of Court a certificate stating the date a true and correct copy of any document was mailed to

Case: 1:24-cv-00270-MWM-PBS Doc #: 23 Filed: 02/11/25 Page: 2 of 2 PAGEID #: 182

2

Defendant or Defendant's counsel.  Any paper received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

    **IT IS SO ORDERED.**

February 11, 2025                                          *s/Peter B. Silvain, Jr.*
                                                           Peter B. Silvain, Jr.
                                                           United States Magistrate Judge

Case: 1:24-cv-00270-MWM-PBS Doc #: 23 Filed: 02/11/25 Page: 2 of 2 PAGEID #: 182

2