# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| LARRY WHITE, | : | Case No. 1:24-cv-270 |
| Plaintiff, | : | |
| vs. | : | District Judge Matthew W. McFarland |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| ODRC DIRECTOR, *et al.*, | : | |
| Defendants. | : | |

# ORDER

This case is before the Court upon Plaintiff's Motion to Withdraw Plaintiff's Demand for Discovery. (Doc. #35). Plaintiff requests to withdraw his "Demand for Discovery" (Doc. #27) and "Continued Demand for Discovery" (Doc. #32). *Id.*

Plaintiff's Motion to Withdraw (Doc. #35) is hereby **GRANTED**. Accordingly, Plaintiff's "Demand for Discovery" (Doc. #27) and "Continued Demand for Discovery" (Doc. #32) are **WITHDRAWN**. The Clerk of Court is **DIRECTED** to terminate these Motions on the docket.

**IT IS SO ORDERED.**

December 18, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge