IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| LARRY O. WHITE JR., | : | Case No. 1:24-cv-270 |
| Plaintiff, | : | |
| vs. | : | Judge Matthew W. McFarland |
| ODRC DIRECTOR, et al., | : | |
| Defendants. | : | |

### ENTRY AND ORDER ADOPTING REPORTS AND RECOMMENDATIONS
### (DOCS. 43, 44, 46)

The Court has reviewed the Reports and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Docs. 43, 44, 46), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Reports and Recommendations in their entirety.  Accordingly, the Court **ORDERS** the following:

1. Plaintiff's Motion to Drop Defendant Le.C.I's Aramark Director Hynike From Civil Complaint (Doc. 40) is **GRANTED**;

2. All claims against Defendant Le.C.I's Aramark Director Hynike are **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's Motion for Default Judgment (Doc. 26) is **DENIED**;

4. Plaintiff's request for entry of default against Defendant Tad Palmer is **DENIED**; and

5. Plaintiff's Motion for Injunctive Relief (Doc. 30) is **DENIED**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND